HILLIKER v. FAIRFIELD.

———————◆———————

GEORGE HILLIKER, *vs.* GEORGE W. FAIRFIELD AND ALONZO FAIRFIELD.

One holding the position of a principal in a written contract, cannot change his legal status or liability by endorsing and signing a guarantee of the same.

*Oakland Circuit, January* 1870.

*W. B. Jackson*, for Plaintiff.

*C. & C. S. Draper*, for Defendant.

This cause was tried before the Court and Jury.

The plaintiff declared against the defendants as guarantors of a written contract.

Upon the trial it appeared in evidence that the plaintiff had leased a furnace and shop and a dwelling house, to one Isaac Place, who went into possession immmediately, upon the execution of the written lease; that afterwards and before the lease expired the said Place, assigned his right in and to this lease to George W. Fairfield, one of the defendants, with the knowledge and written consent of the plaintiff; and upon request of plaintiff, George W. Fairfield and his father, Alonzo Fairfield, signed the following guarantee on the back of the lease, viz:

" For value received I do hereby guarantee to said George " Hilliker, the fulfillment of all the covenants and conditions of " the aforesaid lease to be performed as herein specified, by the " said George W. Fairfield. "

Signed                      GEORGE W. FAIRFIELD.

ALONZO FAIRFIELD.

It was claimed on the argument, that the plaintiff could not recover against the defendants jointly declared against as guarantors.

*By the Court,* DEWEY, J.,—The defendant, George W. Fairfield, by taking an assignment of the lease became a principal in the original contract, and as such would be liable for any breach of the same, and he cannot change his legal *status* or liability by endorsing a guaranty upon his own contract.